Cole v. Adm'rs of Cook.

HENRY COLE, APPELLANT, AND LEWIS E. DAVENPORT AND CORNELIUS CRAWFORD, JR., ADMINISTRATORS, &c., OF CALVIN COOK, DECEASED, RESPONDENTS.

An improvident agreement, made for a consideration grossly inadequate, by one of great imbecility of mind, with another whose position in relation to him conferred undue influence and control over him, will be set aside.

This case is reported *ante p.* 522.

*A. Gifford* and *B. Williamson,* for the appellant.

*A. Whitehead* and *Samuel Sherwood,* for the respondents.

The decree of the Chancellor was affirmed.

McCARTER, Judge, dissented.

Decree affirmed.